UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| FLOYD LEE, ) | |
| ) | |
| Plaintiff ) | |
| ) | CAUSE NO.  3:05-CV-61 RM |
| v. ) | |
| ) | |
| DEPUTY DALMAN, *et al.*, ) | |
| ) | |
| Defendants ) | |

OPINION AND ORDER

This case is before the court on plaintiff, Floyd Lee's motion for leave to clarify. On January 27, 2005, Mr. Lee submitted a complaint under 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 1915A, the court reviewed the merits of the complaint. Mr. Lee was granted leave to proceed against Officer Dalman and Officer Colburn in their individual capacity for monetary damages on his claims that he was denied adequate medical care and that they used excessive force in violation of the Eighth Amendment when they slammed his head into a cement wall. The other claims and defendants were dismissed.

Mr. Lee's motion to clarify attempts to reinstate the third claim of his original complaint because he failed to fully and adequately state the cause of action in the original pleadings. Mr. Lee's third claim alleged that the defendants failed to protect him and conspired to conceal the excessive force that was inflicted upon him by Officers Dalman and Colburn. His motion to clarify alleges the same facts as those in the original complaint. For the reasons stated in the court's order

of October 31, 2005, those claims fail to state a claim. The motion to clarify [#15] is DENIED.

    SO ORDERED.

    ENTERED:  <u> December 1, 2005 </u>

<u>   /s/ Robert L. Miller, Jr.    </u>
Chief Judge
United States District Court