UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| FLOYD LEE, | ) |
| | ) |
| Plaintiff | ) |
| | )   CAUSE NO. 3:05-CV-61 RM |
| vs. | ) |
| | ) |
| DALMAN, *et al.*, | ) |
| | ) |
| Defendants | ) |

OPINION AND ORDER

On October 18, 2006, the defendants filed a motion for summary judgment. Floyd Lee, a *pro se* prisoner, filed a response and attached unsigned affidavits as part of his designated evidence. In their reply to the motion for summary judgment, the defendants moved to strike the unsigned affidavits. On December 12, 2006, Mr. Lee filed a motion for leave to sign the affidavits. Under N.D. L.R. 7.1(a) an adverse party has fifteen days to file a response to the motion. As of this date, the defendants have not filed a response to Mr. Lee's motion. Mr. Lee's motion for leave to submit signed affidavits (docket #90) is **GRANTED** and the defendants' motion to strike (docket # 89) is **DENIED**.

SO ORDERED.

Dated this 14th Day of February, 2007.

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court