UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FLOYD LEE,                          )
                                    )
                    Plaintiff       )
                                    )        CAUSE NO. 3:05-CV-61 RM
            vs.                     )
                                    )
DALMAN, *et al.,*                   )
                                    )
                    Defendants      )

<u>OPINION AND ORDER</u>

On February 22, the court granted in part and denied in part the defendants' motion for summary judgment. On March 7, Floyd Lee, a *pro se* prisoner, filed a motion to alter or amend the February 22 judgment. In his motion, Mr. Lee requests that the court either grant summary judgment in his favor or reinstate defendants. Neither remedy is available. First, while the defendants filed a motion for summary judgment, Mr. Lee did not, and the time for doing so has long since passed. Therefore, even if the court were to alter its judgment, it would not entered judgment in favor of Mr. Lee because he did not have a motion for summary judgment pending. Further, the February 22 opinion and order did not dismiss the defendants that Mr. Lee wants the court to reinstate. Rather, these defendants were dismissed in the October 31, 2005 screening order. As a result, there is nothing in the February 22 opinion and order that the court could amend with regards to these individuals.

For the foregoing reasons, Mr. Lee's motion to alter or amend the February 22, 2007 judgment (docket # 98) is **DENIED**.

SO ORDERED.

Dated this 12th day of March 2007.

   /s/ Robert L. Miller, Jr.   
Chief Judge
United States District Court
